

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2019

No. 04-18-00797-CV

**SPRUCE LENDING, INC.,**
Appellant

v.

Marcos **GARCIA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV04617
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellee's brief was due on December 31, 2018. *See* TEX. R. APP. P. 38.6(b). After the due date, Appellee filed an unopposed motion for a twenty-day extension of time to file Appellee's brief, but specified a due date of January 30, 2019.

Appellee's motion is GRANTED. Appellee's brief is due on January 30, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court